# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY MADRID,<br><br>          Petitioner,<br><br>   v.<br><br>JAMES HARTLEY, Warden,<br><br>          Respondent. | 1:08-CV-00367 OWW GSA HC<br><br>ORDER STAYING PROCEEDINGS AND<br>HOLDING PETITION IN ABEYANCE |

     Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

     On March 14, 2008, Petitioner filed the instant federal habeas petition in this Court. Petitioner is incarcerated at Avenal State Prison and challenges a March 15, 2007, Board of Parole Hearings ("BPH") decision denying parole.

     The Court notes that in a separate case, <u>Madrid v. Mendoza-Powers</u>, No. 07-CV-00331-OWW-SMS-HC, Petitioner challenges a prior 2006 BPH decision denying parole. In that case, Magistrate Judge Sandra M. Snyder has recommended a grant of the petition. The matter is currently pending objections and will soon be reviewed by the District Court.

     As it has been recommended that the petition be granted in the prior case, the instant matter may well become moot. Therefore, the Court will stay the instant proceedings and hold the petition in abeyance pending the District Court's ruling in Case No. 07-CV-00331-OWW-SMS-HC.

1  Accordingly, IT IS HEREBY ORDERED:

2  1) The instant matter is STAYED, and the petition is HELD IN ABEYANCE pending a
3  ruling from the District Court in Case No. 07-CV-00331-OWW-SMS-HC.

5  IT IS SO ORDERED.

6  **Dated:   March 27, 2008**                      /s/ **Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE