UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY MADRID,                    ) | 1:08-CV-00367 OWW GSA HC |
|                                  ) | |
| Petitioner,          ) | ORDER DISMISSING PETITION FOR WRIT |
|                                  ) | OF HABEAS CORPUS |
| v.                          ) | |
|                                  ) | ORDER DIRECTING CLERK OF COURT |
| JAMES HARTLEY, Warden,           ) | TO ENTER JUDGMENT |
|                                  ) | |
| Respondent.          ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 14, 2008, Petitioner filed the instant petition for writ of habeas corpus in this Court. He challenges a March 17, 2007, decision of the California Board of Parole Hearings denying him parole. On March 28, 2008, Magistrate Judge Gary S. Austin issued an order staying proceedings in this case pending the undersigned's ruling in <u>Madrid v. Mendoza-Powers</u>, No. 07-CV-00331-OWW-SMS-HC. In that case, Petitioner challenged a 2006 decision of the Board of Parole Hearings denying parole. A stay was issued because Magistrate Judge Sandra M. Snyder had issued a Findings and Recommendation in the earlier case which recommended granting the petition and the same relief sought in this petition.

On May 5, 2008, the undersigned did adopt Magistrate Judge Snyder's Findings and

Recommendation and granted the petition in the prior case. Since Petitioner has been granted the relief he seeks with this petition, the instant petition is now moot and must be dismissed. However, in the event the Ninth Circuit vacates the grant of the prior petition, Petitioner may then re-file the instant petition in this Court.

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) The instant petition is hereby DISMISSED without prejudice;

2) The Clerk of Court is DIRECTED to enter judgment; and

3) As this petition challenges a parole decision, a certificate of appealability is not required. Rosas v. Nielsen, 428 F.3d 1229, 1232 (9th Cir.2005).

IT IS SO ORDERED.

**Dated:    July 25, 2008**                               /s/ Oliver W. Wanger
                                                              UNITED STATES DISTRICT JUDGE